[No. 44759-2-II.   Division Two.   February 10, 2015.]

*In the Matter of the Detention of* DARRELL L. KENT.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 11-2-00077-9, Marilyn K. Haan, J. Pro Tem., entered March 20, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 44829-7-II.   Division Two.   February 10, 2015.]

HAFID TAHRAOUI, *Appellant*, v. FRANKLIN BROWN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-11144-5, Garold E. Johnson, J., entered March 29, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 45081-0-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY SUNDBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00236-3, Toni A. Sheldon, J., entered April 18, 2013. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45087-9-II.   Division Two.   February 10, 2015.]

MARGARITA MENDOZA DE SUGIYAMA, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-01374-7, Gary R. Tabor, J., entered June 7, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.